◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Clarence A. Lindsey

**SUMMONS IN A CIVIL CASE**

V.

Scott Middlebrooks, Warden

CASE NUMBER: 2:05cv1087

TO: (Name and address of Defendant)

Warden Scott Middlebrooks
Maxwell Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Clarence A. Lindsey    pro se
# 24727-083
Maxwell Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

an answer to the complaint which is served on you with this summons, within __90__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                  12/7/05
CLERK                                              DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Clarence A. Lindsey

**SUMMONS IN A CIVIL CASE**

V.

Scott Middlebrooks, Warden

CASE NUMBER:    2:05cv1087

TO: (Name and address of Defendant)

Leura Garrett Canary
U.S. Attorney
ATTN: Civil Process Clerk
PO Box 197
Montgomery, AL  36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clarence A. Lindsey  *pro se*
# 24727-083
Maxwell Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

an answer to the complaint which is served on you with this summons, within ___90___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT
CLERK

DATE  12/7/05

(By) DEPUTY CLERK