**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden Scott Middlebrooks
   Maxwell Federal Prison Camp
   Maxwell Air Force Base
   Montgomery, AL 36112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name) [illegible]
C. Date of Delivery 12-8-[05]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   05-1087

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 4101

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540