**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leura Garrett Canary
U.S. Attorney's Office
ATTN: Civil Process Clerk
PO Box 197
Montgomery, AL   36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ~Nancy Yain~     ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
~Nancy Kan~     12/8/05

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:        ☐ No

05 - 1087

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0001 0150 4118

102595-02-M-1540

PS Form 3811, February 2004         Domestic Return Receipt