Attachment 1

```
 SERBG              *        PUBLIC INFORMATION            *    12-16-2005
 PAGE 001           *            INMATE DATA               *    10:02:59
                              AS OF 12-16-2005

REGNO..: 24727-083 NAME: LINDSEY, CLARENCE ALFRED

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100    FAX: 334-293-2326
                                             RACE/SEX...: BLACK / MALE
FBI NUMBER.: 244232JA2                       DOB/AGE....: 07-26-1967 / 38
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 05-05-2007                      PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY ---------------------------
FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME  STOP  DATE/TIME
MON    A-DES       DESIGNATED, AT ASSIGNED FACIL  10-16-2005 1739 CURRENT
MON    ESCORT TRP  ESC TRIP OTHER THAN LOCAL HOSP 10-16-2005 1458 10-16-2005 1739
MON    A-DES       DESIGNATED, AT ASSIGNED FACIL  08-28-2005 1802 10-16-2005 1458
MON    ESCORT TRP  ESC TRIP OTHER THAN LOCAL HOSP 08-28-2005 1400 08-28-2005 1802
MON    A-DES       DESIGNATED, AT ASSIGNED FACIL  08-23-2004 1151 08-28-2005 1400
B03    RELEASE     RELEASED FROM IN-TRANSIT FACL  08-23-2004 1251 08-23-2004 1251
B03    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-23-2004 0728 08-23-2004 1251
ATL    HLD REMOVE  HOLDOVER REMOVED               08-23-2004 0728 08-23-2004 0728
ATL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  08-16-2004 1809 08-23-2004 0728
B09    RELEASE     RELEASED FROM IN-TRANSIT FACL  08-16-2004 1809 08-16-2004 1809
B09    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-16-2004 0900 08-16-2004 1809
BUF    TRANSFER    TRANSFER                       08-16-2004 0900 08-16-2004 0900
BUF    A-DES       DESIGNATED, AT ASSIGNED FACIL  04-20-1999 1025 08-16-2004 0900
B02    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-20-1999 1025 04-20-1999 1025
B02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-20-1999 0630 04-20-1999 1025
PET    TRANSFER    TRANSFER                       04-20-1999 0630 04-20-1999 0630
PET    A-DES       DESIGNATED, AT ASSIGNED FACIL  02-17-1994 1154 04-20-1999 0630
4-G    RELEASE     RELEASED FROM IN-TRANSIT FACL  02-17-1994 1154 02-17-1994 1154
4-G    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-25-1994 1223 02-17-1994 1154
PET    FED WRIT    RELEASE ON FEDERAL WRIT        01-25-1994 1223 02-17-1994 1154
PET    A-DES       DESIGNATED, AT ASSIGNED FACIL  01-14-1993 0930 01-25-1994 1223
4-G    RELEASE     RELEASED FROM IN-TRANSIT FACL  01-14-1993 0930 01-14-1993 0930
4-G    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-01-1992 1156 01-14-1993 0930
PET    FED WRIT    RELEASE ON FEDERAL WRIT        10-01-1992 1156 01-14-1993 0930
PET    A-DES       DESIGNATED, AT ASSIGNED FACIL  06-04-1992 0958 10-01-1992 1156
P92    RELEASE 06  RELEASED FROM IN-TRANSIT, JUN  06-04-1992 0958 06-04-1992 0958
P92    A-ADMIT 06  ADMITTED TO IN-TRANSIT, JUN    06-04-1992 0614 06-04-1992 0958
4-G    RELEASE     RELEASED FROM IN-TRANSIT FACL  06-04-1992 0614 06-04-1992 0614
4-G    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-05-1992 1100 06-04-1992 0614
PET    FED WRIT    RELEASE ON FEDERAL WRIT        05-05-1992 1100 06-04-1992 0958
PET    A-DES       DESIGNATED, AT ASSIGNED FACIL  04-07-1992 0928 05-05-1992 1100
2-C    RELEASE     RELEASED FROM IN-TRANSIT FACL  04-07-1992 0928 04-07-1992 0928
2-C    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 04-02-1992 1026 04-07-1992 0928
CRI    ADMIN REL   ADMINISTRATIVE RELEASE         04-02-1992 1026 04-02-1992 1026
CRI    A-ADMIN     ADMINISTRATIVE ADMISSION       04-02-1992 1011 04-02-1992 1026




G0002      MORE PAGES TO FOLLOW . . .
```

```
   SERBG              *          PUBLIC INFORMATION          *    12-16-2005
 PAGE 002             *             INMATE DATA              *    10:02:59
                               AS OF 12-16-2005

REGNO..: 24727-083 NAME: LINDSEY, CLARENCE ALFRED

                 RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 334-293-2100   FAX: 334-293-2326
PRE-RELEASE PREPARATION DATE: 11-05-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-05-2007 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: CR91-116-N-02
JUDGE...........................: CLARKE
DATE SENTENCED/PROBATION IMPOSED: 03-24-1992
DATE COMMITTED..................: 04-07-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $50.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1)POSSESSION WITH INTENT TO DISTRIBUTE COCAINE.

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    262 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 NEW SENTENCE IMPOSED...........:    214 MONTHS
 BASIS FOR CHANGE...............: RULE 35 GOVERNMENT APPEAL
 CLASS OF OFFENSE...............: CLASS B FELONY
 DATE OF OFFENSE................: 11-27-1987




G0002       MORE PAGES TO FOLLOW . . .
```

```
   SERBG         *        PUBLIC INFORMATION         *    12-16-2005
PAGE 003 OF 003 *            INMATE DATA             *    10:02:59
                           AS OF 12-16-2005

REGNO..: 24727-083 NAME: LINDSEY, CLARENCE ALFRED

              RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
              PHONE..: 334-293-2100    FAX: 334-293-2326
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-17-2005 AT MON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-24-1992
TOTAL TERM IN EFFECT............:   214 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    17 YEARS     10 MONTHS
EARLIEST DATE OF OFFENSE........: 11-27-1987

JAIL CREDIT.....................:      FROM DATE    THRU DATE
                                       10-21-1991   03-23-1992

TOTAL PRIOR CREDIT TIME.........: 155
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 839
TOTAL GCT EARNED................: 756
STATUTORY RELEASE DATE PROJECTED: 05-05-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-21-2009


PROJECTED SATISFACTION DATE.....: 05-05-2007
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```