Attachment 3

REQUEST FOR UNIT TEAM DETERMINATION (INSTANT OFFENSE)

JAN 04
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Date: | February 11, 2005 |
| Reply To: | Dr. David A. Thompson, RDAP Coordinator  *[signature]* |
| To: | Michael Stephens, Unit Manager |
| Subject: | Lindsey, Clarence |
| Reg. No.: | 24727-083 |

Section I – Instant Offense Determination (Mark an "X" in either response 1 or 2)

1. ___   The inmate's instant offense is a crime that excludes him or her from early release under 18 U.S.C. § 3621 (e). (If response 1 requires an "X", then also place an "X" in either item A or B.)

   A. ___   Crime of Violence as contained in the Categorization of Offenses Program Statement.

   B. _X_   Crime listed under the Director's Discretion as contained in the Categorization of Offenses Program Statement.

2. ~~X~~ *mc*   The inmate's instant offense is not a crime that excludes him or her from early release under 18 U.S.C. § 3621.

Section II – Provisional § 3621 (E) Eligibility – To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.

_X_ Not an INS Detainee.

_X_ Not a Pre-Trial Inmate.

_X_ Not a Contractual Boarder.

_X_ Not an "old Law" Inmate.

___ Not have a current crime that is an excluding offense in BOP Categorization of Offenses Policy.

___ Inmate is acceptable for CCC Placement.

3. List pending charges/detainers with explanations. _____

4. Other pertinent information (e.g. inmate serving both new and old law sentences). *Has a 2 point enhancement for weapons*

Unit Manager (or designee) *M Clement*

Date of Review  *2/28/05*

Original: Drug abuse treatment file; Copy: Unit Team (place in section 4 of inmate central file)

P-S761.055 RESIDENTIAL DRUG ABUSE PROGRAM NOTICE TO INMATE   CDFRM
JAN 04
U.S. DEPARTMENT OF JUSTICE — **COPY** — FEDERAL BUREAU OF PRISONS

| To<br>Lindsey, Clarence | Reg No. 24727-083 |
|---|---|
| From<br>Dr. David A. Thompson | Institution FPC Montgomery |
| Title<br>RDAP Coordinator | Date March 16, 2005 |

**SECTION 1 – RESIDENTIAL DRUG ABUSE PROGRAM QUALIFICATION**

You have requested participation in the Bureau's Residential Drug Abuse Treatment Program. My review of your case indicates that you ( _x_ **DO**   ___ **DO NOT**) meet the admission's criteria for the Residential Drug Abuse Program. It appears that you ( _x_ **DO**   ___ **DO NOT**) qualify to participate in the Residential Program. State the reason(s) below.

Comments

**SECTION 2 – PROVISIONAL § 3621 (E) ELIGIBILITY** (To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.)

For Residential Drug Abuse Treatment Program graduates to be eligible for early release, they must (DAPC must "x")

| _x_ Not an INS detainee. | _x_ Not a pre-trial inmate. |
|---|---|
| _x_ Not a contractual boarder. | _x_ Not an "old law" inmate. |
| ___ Not have a current crime that is an excluding offense in BOP categorization of offenses policy (Mark an "x" in the appropriate block on the right). | ___ Not a crime of violence as contained in BOP Categorization of Offenses policy.<br><br>___ Not an excluding crime by the Director's discretion in Categorization of Offenses policy. |
| _x_ Not have any prior felony or misdemeanor adult conviction for homicide, forcible rape, robbery, aggravated assault, or sexual abuse of children. ||

My current assessment, in consultation with your unit team, is that it ( ___ **DOES**   _x_ **DOES NOT**) appear that you are provisionally eligible for early release. If not, list **ALL** the reason(s).

Comments
+2 enhancement for firearm

If applicable, I understand that a determination of early release for me is <u>provisional, may change</u>, and depends on continued positive behavior and successful participation in all components of the program, including community transitional services.

| Inmate's Signature (indicate if refused to sign)<br>*Clarence Lindsey* | Refused to sign<br>___ Yes   _X_ No |
|---|---|

cc: Drug Abuse Treatment File; Unit Team (place in section 4 of inmate central file; Inmate

(This form may be replicated via WP)   (This form replaces BP-S761 dtd DEC 03)

**COPY** u

P.S. 5330.10
CN-01, May 17, 1996
Attachment B-3, Page 1

AGREEMENT TO PARTICIPATE IN A BOP RESIDENTIAL
DRUG ABUSE TREATMENT PROGRAM

The Federal Bureau of Prisons offers a full range of drug education and treatment programs for inmates with alcohol and other drug abuse problems. Bureau of Prisons staff are committed to providing quality drug abuse programming to inmates who choose to participate in any one of these program options. Inmates who choose to participate in any of the Bureau's drug programs must acknowledge and agree to a number of program rules and policies prior to admission.

All program participants agree to participate in classes/counseling/group sessions as designated by the BOP Psychology and Drug Treatment Staff.

All program participants agree to refrain from any behavior disruptive to the program or to the participants and staff of the program.

All program participants agree to complete all tasks as assigned.

All program participants agree to take part in the program activities, including group work and homework as assigned.

All program participants agree to accept responsibility for not disclosing inmate information.

All program participants have been informed and understand that they may be expelled from the program for failure to comply with program rules and regulations. Ordinarily, immediate expulsion will result if the participant, pursuant to an incident report is found by the DHO to have:

1)   Used or possessed alcohol or drugs;

2)   Been violent or threatened violence against staff or another inmate; or

3)   Committed a 100 series prohibited act.

4)   Committed a prohibited act involving alcohol or drugs after completing the unit-based segment of the program.

In addition to the agreements listed and checked above, I understand that, by agreeing to participate in residential drug abuse treatment, under ordinary circumstances, I will not be considered for

P.S. 5330.10
CN-01, May 17, 1996
Attachment B-3, Page 2

transfer to another institution, including a camp, during my participation in the residential drug abuse program.

I understand that participation in the residential drug abuse program does not relieve me of any financial responsibility legally imposed.

I understand that some of my counseling sessions may be audio/video taped. I understand these tapes will be used only for rehabilitative or educational purposes within the program. I understand that I will continue to be subjected to random drug abuse testing.

I understand that if I choose to withdraw, or am expelled from the program:

- incentives received while an active program member may be lost;

- any request for re-admission will include a reassessment for participation;

- there will be no consideration for extended CCC placement; and

- I will lose my eligibility for an early release consideration.

I understand and agree to continued transitional drug treatment services that include:

- continued positive behavior and treatment programming upon my return to general population. Failure to participate in continued treatment in the institution transition program, as prescribed by psychology staff, for less than one hour each month over a period of 12 months will result in my termination from treatment and loss of incentives previously and potentially earned;

- continued treatment programming upon my return to the community through transfer to a CCC or on home confinement. Failure to participate in continued treatment in the community transition program may result in my return to the institution, or, at the very least, to local custody; and

I understand that I must be responsible for:

- knowing the rules, goals and schedules of my particular treatment plan;

- attending all scheduled sessions that are assigned to me. Should I leave prior to the conclusion of the session, without permission, this is to be considered an absence;

- completing all assignments on time;

P.S. 5330.10
CN-01, May 17, 1996
Attachment B-3, Page 3

- actively participating in group sessions. Examples of active participation include, appropriate self-disclosure, and providing feedback;

- working on the goals/objectives of my treatment plan;

- being attentive during all individual and group sessions;

- keeping all information discussed in group confidential;

- following the Bureau of Prisons rules and regulations. When I incur an incident report because I have failed to follow rules and regulations, I can be expelled from the program.

- _____

- _____

I understand that staff may recommend, as a condition of my supervised release or parole, a stipulation that I receive continued treatment during the period of such release.

I understand that if I have been found eligible for an early release under 18 U.S.C. §3621(e), this eligibility is provisional, and may change.

I understand and consent to the release of information specified below by Bureau of Prisons staff to the appropriate U.S. Parole Commission staff, U.S. Probation staff, Community Corrections Staff, and Treatment Program Staff for the purpose of determining my eligibility for a SPA or for developing a treatment plan.

The extent and nature of the information to be disclosed includes: substance abuse history; drug program assessment summary; treatment progress; relapse prevention plan; and recommendations for continued treatment.

### AGREEMENT/SIGNATURE

I have read, or have had this document read to me, and I understand and agree to the rules and regulations for participation in the residential drug abuse treatment program as described in this agreement to participate.

```
                                      P.S. 5330.10
                                   CN-01, May 17, 1996
                                   Attachment B-3, Page 4
```

_Clarence Lindsey_
Inmate Name Printed

_Clarence Lindsey_
Inmate Signature

_24727083_
Register Number

_3/16/05_
Date

Capucine Ware
Staff Name Printed

_Capucine Ware_
Staff Signature

Drug Treatment Specialist
Staff Title

_3-16-05_
Date