IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE A. LINDSEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:05cv1087-MHT |
| | )  (WO) |
| SCOTT MIDDLEBROOKS, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

There being no objections filed to the recommendation of the magistrate Judge filed on January 7, 2008 (Doc. # 9), said recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the instant 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot since a more favorable decision on the merits would not entitle petitioner to any additional relief.

DONE, this the 19th day of February 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE